**Opinion issued June 27, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-23-00931-CV

———————————————

**MONIQUE VENITA MCKNIGHT, Appellant**

**V.**

**SEDRIC COPPOCK CLARK, Appellee**

---

**On Appeal from 312th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-16300**

---

## MEMORANDUM OPINION

Appellant Monique Venita McKnight filed her notice of appeal on December 13, 2023. Appellant did not pay the appellate filing fee or establish indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1. The Clerk of this Court notified Appellant that unless she paid the appellate filing fee by February 5, 2024,

her appeal could be dismissed. *See* TEX. R. APP. P. 42.3(b). To date, Appellant has not paid the appellate filing fee nor established indigence for purposes of appellate costs.

Appellant also failed to pay, or make arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 34.1. We notified Appellant that her appeal could be dismissed for want of prosecution if the clerk's record was not filed. *See* TEX. R. APP. P. 37.3(a), (b). We directed Appellant to submit written evidence from the trial court clerk by April 4, 2024, reflecting she paid, or made arrangements to pay, the fee for preparing the clerk's record. To date, Appellant has not responded to this Court's notice and the clerk's record has not been filed.

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b)–(c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.